**D. MOORE, Plaintiff—Appellant,**

v.

**J. AVERY; et al., Defendants—Appellees.**

No. 05–55983.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 13, 2009.

Stephen Yagman, Esq., Yagman & Yagman & Reichmann, Venice Beach, CA, for Plaintiff–Appellant.

Susan Eileen Coleman, Esq., Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

California state prisoner D. Moore, appeals from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Moore did not properly exhaust administrative remedies before filing his complaint in federal court. *See Ngo v. Woodford*, 539 F.3d 1108, 1110 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

